**Clarence COVINGTON, Petitioner–Appellant,**

v.

**Ron ANGELONE, Respondent–Appellee.**

No. 00–7480.

United States Court of Appeals, Fourth Circuit.

Submitted March 8, 2001.

Decided March 15, 2001.

Clarence Covington, pro se.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Clarence Covington seeks to appeal the district court's order dismissing as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000), and denying his post-judgment motions. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny Covington's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Covington v. Angelone,* No. CA–00–1444–AM (E.D.Va. Sept. 7 & Nov. 29, 2000). We also deny Covington's motion to proceed as movant. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*